UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

THOMAS SNELLING,

       Plaintiff,                                  Case No. 1:09-cv-340

v.                                                 Hon. Janet T. Neff

CHRYSTAL CHAPIN, et al.,

       Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 8, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion for preliminary injunction (Dkt. #6) is **DENIED** for the reasons stated in them Report and Recommendation.


DATED:  June 30, 2009                                  /s/Janet T. Neff
                                                          Janet T. Neff
                                                          United States District Judge